UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LETICIA SERRANO, | Case No.: 5:12-CV-00467-LHK |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| WORLD SAVINGS BANK, FSB, et al., | |
| Defendants. | |

Plaintiff Leticia Serrano ("Plaintiff") filed a complaint in state court on December 5, 2011, which Defendant Wells Fargo Bank[1] then removed to federal court on January 30, 2012. *See* ECF No. 1. On February 7, 2012, Wells Fargo filed a Motion to Dismiss Plaintiff's Complaint. *See* ECF No. 10. Pursuant to Civil Local Rule 7-3(a), Plaintiffs' opposition to the motion to dismiss was due on February 21, 2012. Plaintiff has not filed an opposition or statement of nonopposition to Defendant's motion to dismiss. This case was reassigned to the undersigned judge on March 7, 2012, because this case is related to another lawsuit previously filed by Plaintiff against World Savings Bank, 11-CV-00105-LHK. *See* Order Relating Case, ECF No. 13.

The hearing on the motion to dismiss set for August 9, 2012 is VACATED. The Court hereby ORDERS Plaintiff to show cause why this case should not be dismissed for failure to

---

[1] Wells Fargo was formerly known as Wachovia, which was formerly known as World Savings Bank. *See* Notice of Removal at 2. ECF No. 1.

1

Case No.: 12-cv-00467-LHK
ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE

prosecute.  This Order does not authorize Plaintiff to file an untimely opposition to Defendant's motion to dismiss.  Plaintiff has until July 11, 2012 to file a response to this Order to Show Cause. A hearing on this Order to Show Cause is set for **Wednesday, July 18, 2012 at 2:00 P.M.** Plaintiff's failure to respond to this Order and to appear at the July 18, 2012 hearing will result in dismissal with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 25, 2012

LUCY H. KOH
United States District Judge