UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LETICIA SERRANO,<br><br>                    Plaintiff,<br><br>         v.<br><br>WORLD SAVINGS BANK, FSB, et al.,<br><br>                    Defendants. | Case No.: 5:12-CV-00467-LHK<br><br>ORDER DISMISSING CASE FOR<br>FAILURE TO PROSECUTE |

Plaintiff Leticia Serrano ("Plaintiff") filed a complaint in state court on December 5, 2011, which Defendant Wells Fargo Bank[1] then removed to federal court on January 30, 2012. *See* ECF No. 1. On February 7, 2012, Wells Fargo filed a Motion to Dismiss Plaintiff's Complaint. *See* ECF No. 10. Pursuant to Civil Local Rule 7-3(a), Plaintiffs' opposition to the motion to dismiss was due on February 21, 2012. Plaintiff has not filed an opposition or statement of nonopposition to Defendant's motion to dismiss. This case was reassigned to the undersigned judge on March 7, 2012, because this case is related to another lawsuit previously filed by Plaintiff against World Savings Bank, 11-CV-00105-LHK. *See* Order Relating Case, ECF No. 13.

On June 25, 2012, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute. *See* ECF No. 18. The Order to Show Cause ("OSC") required

---

[1] Wells Fargo was formerly known as Wachovia, which was formerly known as World Savings Bank. *See* Notice of Removal at 2. ECF No. 1.

1

Case No.: 12-CV-00467-LHK
ORDER DISMISSING CASE

Plaintiff to respond to the OSC by July 11, 2012, and to attend an OSC hearing on July 18, 2012. The OSC notified Plaintiff that failure to respond to the Order or to appear at the July 18, 2012 hearing would result in dismissal with prejudice for failure to prosecute. *See id.*

Plaintiff failed to respond to the OSC and failed to appear at the OSC hearing. Accordingly, this action is DISMISSED with prejudice for failure to prosecute. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 18, 2012

_____
LUCY H. KOH
United States District Judge

2

Case No.: 12-CV-00467-LHK
ORDER DISMISSING CASE