MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, California  94109
Tel:  (415) 771-6174
Fax: (415) 474-3748
Mstepanian@sbcglobal.net

Attorney for Defendant
ALIK D. ILYIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALIK D. ILYIN,<br><br>Defendant.<br>_____/ | No. 12-467-RS<br><br>**STIPULATION AND [PROPOSED] ORDER  ALLOWING DEFENDANT TO VISIT HIS FATHER AT MARIN GENERAL HOSPITAL** |

ALIK D. ILYIN, by and through his counsel, MICHAEL STEPANIAN, and  Assistant United States Attorney Demali Taylor, hereby stipulate and ask the Court to Order that defendant Ilyin shall be allowed to visit his father, Dimitri Ilyin, who is in the Intensive Care Unit at Marin General Hospital, located at 250 Bon Air Road, Greenbrae, California.  He shall be transported from the half-way house GEO Care, located at 111 Taylor Street in San Francisco to the hospital on February 6, 2013, during visiting hours, and returned immediately thereafter by my associate, Erin Crane, Esq..

United States Pretrial Service Officer Gelareh Fahramand has no objection to this request.

DATED: February 6, 2013.          /s/ MICHAEL STEPANIAN
                                  Michael Stepanian
                                  Attorney for Defendant
                                  ALIK D. ILYIN

**Stipulation to allow hospital visit**

DATED: February 6, 2013.

/S/DEMALI TAYLOR
Demali Taylor
Assistant United States Attorney

SO ORDERED:

Dated: 2/6/2013

_____
Maria-Elena James
United States Magistrate Judge